## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| KG DONGBU STEEL CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>and )<br>)<br>NUCOR CORPORATION, )<br>)<br>Defendant-Intervenor. )<br>) | Court No. 23-00055 |
| NUCOR CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant, )<br>and )<br>)<br>GOVERNMENT OF THE REPUBLIC OF )<br>KOREA, )<br>)<br>Defendant-Intervenor. )<br>) | Court No. 23-00058 |

**ORDER**

Upon consideration of defendant's unopposed motion to consolidate cases, it is hereby

ORDERED that defendant's motion is granted; and it is further

ORDERED that *KG Dongbu Steel Co., Ltd. v. United States*, Court No. 23-00055, and *Nucor Corporation v. United States*, Court No. 23-00058, are consolidated under *KG Dongbu Steel Co., Ltd. v. United States*, Court No. 23-00055; and it is further

ORDERED that the administrative record filed in Court No. 22-00055 will serve as the administrative record for the consolidated action.

                                                                           _____
                                                                                   JUDGE

Dated:_____, 2023

## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| KG DONGBU STEEL CO., LTD., )<br>)<br>         Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED STATES, )<br>)<br>         Defendant, )<br>   and )<br>)<br>NUCOR CORPORATION, )<br>)<br>         Defendant-Intervenor. )<br>) | Court No. 23-00055 |
| NUCOR CORPORATION, )<br>)<br>         Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED STATES, )<br>)<br>         Defendant, )<br>   and )<br>)<br>GOVERNMENT OF THE REPUBLIC OF<br>KOREA, )<br>)<br>         Defendant-Intervenor. )<br>) | Court No. 23-00058 |

### **DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE CASES**

Pursuant to United States Court of International Trade Rule 42, defendant, the United States, respectfully requests that the Court consolidate *KG Dongbu Steel Co., Ltd. v. United States*, Court No. 23-00055, and *Nucor Corporation v. United States*, Court No. 23-00058, under

*KG Dongbu Steel Co., Ltd. v. United States*, Court No. 23-00055. On May 16, 2023, undersigned counsel for the Government contacted counsel for plaintiff KG Dongbu Steel Co., Ltd., Brady Warfield Mills, counsel for Nucor Corporation, Adam Teslik, and counsel for the Government of the Republic of Korea, Sarah Sprinkle, via email to obtain their positions on this motion. Mr. Mills stated that his client does not oppose the motion to consolidate. Mr. Teslik stated that his client takes no position with respect to consolidation, and Ms. Sprinkle stated that the Government of Korea also takes no position on the motion.

On February 7, 2023, the United States Department of Commerce (Commerce) published the final results of the 2020 countervailing duty administrative review of certain corrosion-resistant steel products from the Republic of Korea. *See Certain Corrosion-Resistant Steel Products From the Republic of Korea*, 88 Fed. Reg. 7,946 (Dep't Commerce Feb. 7, 2023) (Final Results), and accompanying issues and decision memorandum. In the Final Results, Commerce calculated an affirmative countervailing duty subsidy rate for one mandatory respondent, plaintiff KG Dongbu Steel Co., Ltd., and calculated a *de minimis* subsidy rate for the other mandatory respondent, Hyundai Steel Company, which is not participating in this litigation. *Id*. at 7,946. Following the issuance of the Final Results, two actions have been commenced concerning the Final Results: *KG Dongbu Steel Co., Ltd. v. United States*, Court No. 23-00055, and *Nucor Corporation v. United States*, Court No. 23-00058.

We respectfully request that the Court consolidate *Nucor Corporation v. United States*, Court No. 23-00058, under the lead case, *KG Dongbu Steel Co., Ltd. v. United States*, Court No. 23-00055. Good cause supports this motion. Pursuant to USCIT Rule 42, "{i}f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders

to avoid unnecessary cost or delay."  The Court possesses "broad discretion" in determining whether to grant consolidation.  *Manuli, USA, Inc. v. United States*, 659 F. Supp. 244, 247 (Ct. Int'l Trade 1987).  The plaintiffs in Court Nos. 23-00055 and 23-00058 each challenge the same administrative proceeding, and both cases have the same administrative record.  Thus, consolidating these cases will promote judicial efficiency and conserve the resources of the parties and the Court because it will reduce the number of duplicative filings that would occur if the cases remained separate.  *See Midwest Community Council, Inc. v. Chicago Park Dist.*, 98 F.R.D. 491 (N.D. Ill. 1983) (explaining that the "purpose of joining actions is to promote convenience and judicial economy") (citing *Johnson v. Manhattan Rwy. Co.*, 289 U.S. 479, 496-97 (1983)).

      Also, if the cases remain separate actions and the Court remands a determination of the Final Results to Commerce for further consideration, the subsequent remand redeterminations by Commerce may reach the Court at different times, thereby resulting in a disorderly progression of the cases through this Court, and, if appealed, through the United States Court of Appeals for the Federal Circuit.  Given these considerations, consolidation of the cases is appropriate.  Consequently, the interests of judicial economy, as well as administrative resources, weigh in favor of resolving all challenges to Commerce's Final Results in a single action.

      For these reasons, we respectfully request that the Court grant our unopposed motion to consolidate these cases.

                                                  Respectfully Submitted,

                                                  BRIAN M. BOYNTON
                                                  Principal Deputy Assistant Attorney General

                                                  PATRICIA M. McCARTHY
                                                  Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Elizabeth A. Speck
ELIZABETH A. SPECK
Senior Trial Counsel
U.S. Dept. of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0369
E-mail: elizabeth.speck@usdoj.gov

Attorneys for Defendant

OF COUNSEL:
W. MITCH PURDY
Attorney
Office of the Chief Counsel
 For Trade Enforcement & Compliance
U.S. Department of Commerce
Washington, D.C.

May 19, 2023