## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KG Dongbu Steel Co., Ltd.,**     Plaintiff, <br>v. <br>**UNITED STATES,**     Defendant, <br>and <br>**Nucor Corporation,**     Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 23-00055 |
| **NUCOR CORPORATION,**     Plaintiff, <br>v. <br>**UNITED STATES,**     Defendant, <br>and <br>**Government of the Republic of Korea,**     Defendant-Intervenor. | Before: Jennifer Choe-Groves, Judge <br><br> Court No. 23-00058 |

## **ORDER**

Before the Court is Defendant United States' Unopposed Motion to Consolidate Cases. Def.'s Unopposed Mot. Consol., KG Dongbu Steel Co., Ltd. v. United States, Court No. 23-00055, ECF No. 22; Def.'s Unopposed Mot. Consol., Nucor Corporation v. United States, Court No. 23-00058, ECF No. 21.  Plaintiff KG Dongbu Steel Co. does not oppose consolidation.

Def.'s Unopposed Mot. Consol. at 2, Court No. 23-00055; Def.'s Unopposed Mot. Consol. at 2, Court No. 23-00058.  Proposed Consolidated Plaintiff Nucor Corporation and Defendant-Intervenor the Government of the Republic of Korea take no position with respect to consolidation.  Def.'s Unopposed Mot. Consol. at 2, Court No. 23-00055; Def.'s Unopposed Mot. Consol. at 2, Court No. 23-00058.

The Court may consolidate actions that involve a common question of law or fact.  USCIT R. 42(a).  The cases proposed for consolidation each involve challenges to the U.S. Department of Commerce's final results in <u>Certain Corrosion-Resistant Steel Products From the Republic of Korea</u>, 88 Fed. Reg. 7946 (Dep't of Commerce Feb. 7, 2023) (final results and partial rescission of countervailing duty admin. review; 2020) and the related investigation.  <u>See</u> Compl., Court No. 23-00055, ECF No. 10; Compl., Court No. 23-00058, ECF No. 9.  Because the actions involve common questions of fact and law, the Court will consolidate Court Numbers 23-00055 and 23-00058.

Upon consideration of Defendant United States' Unopposed Motion to Consolidate Cases, all other papers and proceedings in the above-captioned cases, and pursuant to USCIT Rule 42(a), it is hereby

**ORDERED** that Defendant United States' Unopposed Motion to Consolidate Cases, Court No. 23-00055, ECF No. 22; Court No. 23-00058, ECF No. 21, is granted; and it is further

**ORDERED** that <u>Nucor Corporation v. United States</u>, Court No. 23-00058, is consolidated into <u>KG Dongbu Steel Co., Ltd. v. United States</u>, Court No. 23-00055.

                                                      /s/ Jennifer Choe-Groves
                                                      Jennifer Choe-Groves, Judge

Dated:   May 19, 2023
        New York, New York