UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **KG DONGBU STEEL CO., LTD.,**<br><br>    **Plaintiff,**<br><br>and<br><br>**NUCOR CORPORATION,**<br><br>    **Consolidated Plaintiff,**<br><br>v.<br><br>**UNITED STATES,**<br><br>    **Defendant,**<br><br>and<br><br>**NUCOR CORPORATION and GOVERNMENT OF THE REPUBLIC OF KOREA,**<br><br>    **Defendant-Intervenors.** | Before:  Jennifer Choe-Groves, Judge<br><br>Consol. Court No. 23-00055 |

## ORDER

Before the Court is Consolidated Plaintiff and Defendant-Intervenor Nucor Corporation's ("Nucor") Consent Motion to Sever Court No. 23-00058 from Consolidated Court No. 23-00055, ECF No. 26.  Nucor informs the Court that it wishes to dismiss its appeal in Court No. 23-00058. Id.  Pursuant to USCIT Rule 21, the Court has discretion to sever a claim against a party.  USCIT R. 21.  The Court interprets and applies the USCIT Rules "to secure the just, speedy, and inexpensive determination of every action and proceeding."  USCIT R. 1.  Because Nucor intends to seek the dismissal of Court No. 23-00058, severance is appropriate to promote the "just, speedy, and inexpensive" resolution of the matter.  Upon consideration of Consolidated

Consol. Court No. 23-00055                                                                                       Page 2

Plaintiff and Defendant-Intervenor Nucor Corporation's Consent Motion to Sever Court No. 23-00058 from Consolidated Court No. 23-00055, and all other papers and proceedings in the above-captioned case, it is hereby

**ORDERED** that Consolidated Plaintiff and Defendant-Intervenor Nucor Corporation's Consent Motion to Sever Court No. 23-00058 from Consolidated Court No. 23-00055, ECF No. 26, is granted; and it is further

**ORDERED** that Nucor Corporation v. United States, Court No. 23-00058, is severed from KG Dongbu Steel Co., Ltd. v. United States, Consol. Court No. 23-00055.

                                                /s/ Jennifer Choe-Groves
                                                Jennifer Choe-Groves, Judge

Dated:     June 27, 2023
           New York, New York