FORM 8

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NUCOR CORPORATION,**<br><br>                      **Plaintiff,**<br><br>               v.<br><br>**UNITED STATES,**<br><br>                      **Defendant,**<br><br>             and<br><br>**GOVERNMENT OF THE REPUBLIC OF KOREA,**<br><br>                      **Defendant-Intervenor.** | **Before: Jennifer Choe-Groves, Judge**<br><br>**Court No. 23-00058** |

## STIPULATION OF DISMISSAL

      **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: June 27, 2023

                                          */s/ Alan H. Price*
                                          Alan H. Price, Esq.
                                          Christopher B. Weld, Esq.
                                          Tessa V. Capeloto, Esq.
                                          Adam M. Teslik, Esq.

                                          **WILEY REIN LLP**
                                          2050 M Street, NW
                                          Washington, DC 20036
                                          (202) 719-7000

                                          *Counsel for Nucor Corporation*

FORM 8

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | */s/ Claudia Burke*<br>CLAUDIA BURKE<br>Deputy Director |
| OF COUNSEL:<br>W. MITCH PURDY<br>Attorney<br>Office of the Chief Counsel<br>For Trade Enforcement & Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | */s/ Elizabeth A. Speck*<br>ELIZABETH A. SPECK<br>Senior Trial Counsel<br>U.S. Dept. of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-0369<br>E-mail: elizabeth.speck@usdoj.gov |
|  | *Attorneys for Defendant* |
|  | */s/ Yujin Kim McNamara*<br>Yujin Kim McNamara<br>Sarah S. Sprinkle<br>Daniel M. Witkowski<br>Devin S. Sikes<br>Sydney L. Stringer<br>Sung Un K. Kim |
|  | **AKIN, GUMP, STRAUSS HAUER & FIELD LLP**<br>2001 K Street<br>Washington, DC 20006<br>Phone: (202) 887-4347<br>E-mail: ymcnamara@akingump.com |
|  | *Counsel for Government of the Republic of Korea* |

FORM 8

Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated: June 27, 2023

                                          Clerk, U.S. Court of International Trade

                                          By: /s/ Steve Taronji
                                                    Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)